| | |
|---|---|
| **DeNITTIS OSEFCHEN PRINCE, P.C.**<br>Stephen P. DeNittis, Esq. (031981997)<br>Joseph A. Osefchen, Esq. (024751992)<br>Shane T. Prince, Esq. (022412002)<br>525 Route 73 North, Suite 410<br>Marlton, New Jersey 08053<br>(856) 797-9951 | **HATTIS & LUKACS**<br>Daniel M. Hattis, Esq.*<br>Paul Karl Lukacs, Esq.*<br>11711 SE 8th Street, Suite 120<br>Bellevue, WA 98005<br>(425) 233-8650 |
| **CRIDEN & LOVE, P.A.**<br>Michael E. Criden, Esq.*<br>Lindsey C. Grossman, Esq.*<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143<br>(305) 357-9000 | \* Pro Hac Vice Application<br>   To Be Submitted |

**Attorneys for Plaintiffs and the Proposed Classes**

UNITED STATES DISTRICT COURT<br>
DISTRICT OF NEW JERSEY<br>
NEWARK VICINAGE

| | |
|---|---|
| PAMELA M. ALLEN; LISA BAKER; BRIANA BELL; KIMBERLY BLAIR; CAROLINE BONHAM; TAMMY BURKE; SHAUNA CAVALLARO; ERIKA CONLEY; KENDRA CONOVER; DYLAN CORBIN; RYAN CORBIN; LAURA CURRY; SHAKERA DYER; RUSSELL FROM; ASHTIN GAMBLIN; ERICKA GARDNER; JAMES HENSLEY; ADAM KELLER; KRISTA KIRBY; JAN LOMBARD; AARON MAXA; LINDSEY MORAN; JENNIFER OCAMPO-NEUBAUER; ANGEL PACHECHO; LORI SNYDER; KATHRYN TAYLOR; ANTHONY VALLECORSA; and BRAD YOUNG; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON COMMUNICATIONS INC.,<br><br>Defendants. | CIVIL ACTION NO. 3:23-cv-01138 |

1

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL AS TO PLAINTIFF RYAN CORBIN ONLY

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Ryan Corbin hereby voluntarily dismisses his claims against all Defendants without prejudice and without costs. All other Plaintiffs' claims will continue.

Dated:   May 18, 2023

SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 5/19/2023

**DeNITTIS OSEFCHEN PRINCE, P.C.**

By: _____
Stephen P. DeNittis, Esq. (SD-0016)
Joseph A. Osefchen, Esq. (JO-5472)
Shane T. Prince, Esq. (SP-0947)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951
sdenittis@denittislaw.com
josefchen@denittislaw.com
sprince@denittislaw.com

and

HATTIS & LUKACS
Daniel M. Hattis*
Paul Karl Lukacs*
400 108th Ave NE, Suite 500
Bellevue, WA 98004
(425) 233-8650
dan@hattislaw.com
pkl@hattislaw.com

* Pro Hac Vice application to be submitted

*Attorneys for Plaintiffs and Proposed Class*

2