DeNITTIS OSEFCHEN PRINCE, P.C.
Stephen P. DeNittis, Esq. (031981997)
Joseph A. Osefchen, Esq. (024751992)
Shane T. Prince, Esq. (022412002)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951

CRIDEN & LOVE, P.A.
Michael E. Criden, Esq.*
Lindsey C. Grossman, Esq.*
7301 SW 57th Court, Suite 515
South Miami, FL 33143
(305) 357-9000

HATTIS & LUKACS
Daniel M. Hattis, Esq.*
Paul Karl Lukacs, Esq.*
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
(425) 233-8650

* Pro Hac Vice Application
  To Be Submitted

Attorneys for Plaintiffs and the Proposed Classes

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| PAMELA M. ALLEN; SAMANTHA ALBAITIS; CYDNI ARTERBURY; LISA BAKER; BRIANA BELL; CHRISTINE BELLAVIA; KIMBERLY BLAIR; LEANOR BLAND-MULLINS; CAROLINE BONHAM; TAMMY BURKE; ANNMARIE CALDWELL; SHAUNA CAVALLARO; SANTOS COLON; ERIKA CONLEY; KENDRA CONOVER; DYLAN CORBIN; LAURA CURRY; SHAKERA DYER; JANE FREY; RUSSELL FROM; ANGEL GAINES; ASHTIN GAMBLIN; ERICKA GARDNER; ANN GRAFF; JAMES HENSLEY; SAREL HINES; ALEXANDER KEELER; ADAM KELLER; BILLIE KENDRICK; KRISTA KIRBY; JAN LOMBARD; MARC LOWREY; JILL MAILHOIT; AARON MAXA; KELLY MOORE; LINDSEY MORAN; DAVID MOYERS; JENNIFER OCAMPO-NEUBAUER; KEISHA ODOM; ANGEL PACHECHO; HEATHER RAY; SUSAN SCOTT; LORI SNYDER; MISTY SUTTON; KATHRYN TAYLOR; ANTHONY VALLECORSA; CLAIRE WHITE; KRISTOPHER WILLARD; ALVIN WILSON; and BRAD YOUNG; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON COMMUNICATIONS INC.,<br><br>Defendants. | CIVIL ACTION NO. 3:23-CV-01138<br><br>STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii) |

1

Plaintiffs Pamela M. Allen, Samantha Albaitis, Cydni Arterbury, Lisa Baker, Briana Bell, Christine Bellavia, Kimberly Blair, Leanor Bland-Mullins, Caroline Bonham, Tammy Burke, Annmarie Caldwell, Shauna Cavallaro, Santos Colon, Erika Conley, Kendra Conover, Dylan Corbin, Laura Curry, Shakera Dyer, Jane Frey, Russell From, Angel Gaines, Ashtin Gamblin, Ericka Gardner, Ann Graff, James Hensley, Sarel Hines, Alexander Keeler, Adam Keller, Billie Kendrick, Krista Kirby, Jan Lombard, Marc Lowrey, Jill Mailhoit, Aaron Maxa, Kelly Moore, Lindsey Moran, David Moyers, Jennifer Ocampo-Neubauer, Keisha Odom, Angel Pachecho, Heather Ray, Susan Scott, Lori Snyder, Misty Sutton, Kathryn Taylor, Anthony Vallecorsa, Claire White, Kristopher Willard, Alvin Wilson, and Brad Young, and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Communications, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, with prejudice, with each party bearing its own fees and costs.

| | |
|---|---|
| **DeNITTIS OSEFCHEN PRINCE, P.C.**<br>**Attorneys for Plaintiffs & the Class** | **FAEGRE DRINKER BIDDLE & REATH**<br>**Attorneys for Defendants** |
| By: s/ Stephen P. DeNittis<br>STEPHEN P. DeNITTIS, ESQ.<br>525 Route 73 North, Suite 410<br>Marlton, NJ 08053<br>Tel. (856) 797-9951<br>sdenittis@denittislaw.com | By: s/ Jeffrey S. Jacobson<br>JEFFREY S. JACOBSON, ESQ.<br>600 Campus Drive<br>Florham Park, NJ 07932<br>Tel. (973) 549-7000<br>Jeffrey.jacobson@faegredrinker.com |
| Dated: September 25, 2024 | Dated: September 25, 2024 |

So Ordered this 26th day of September, 20 24

_____
Hon. Zahid N. Quraishi
United States District Judge